■ In the Matter of JAY POLER, SR., Appellant, v LISA LARIMER, Respondent. [614 NYS2d 350] —Motion for leave to appeal as poor person and for assignment of counsel denied. Memorandum: The order sought to be appealed recites that it was entered on consent of the parties. Thus, no appeal lies because petitioner is not aggrieved (see, CPLR 5511; *Town of Massena v Niagara Mohawk Power Corp.,* 45 NY2d 482, 488; *Matter of Brown v Starkweather,* 197 AD2d 840, 841, *lv denied* 82 NY2d 653). Present—Pine, J. P., Balio, Lawton, Doerr and Davis, JJ.

■ In the Matter of TOBEY T. ALICE T., Appellant. [614 NYS2d 350] —Motion for permission to appeal as poor person and for assignment of counsel denied and appeal dismissed. Memorandum: One against whom a default judgment or order is entered may not appeal (see, CPLR 5511; *Matter of Ozolins* [appeal No. 2], 65 AD2d 958). Present—Pine, J. P., Balio, Lawton, Doerr and Davis, JJ.

■ In the Matter of CELENE C. P., Appellant. [614 NYS2d 350] —Motion for substitution of law guardian granted and for permission to appeal as poor person denied. Memorandum: Where an appeal is taken on behalf of a minor represented by a law guardian, a motion for leave to appeal as a poor person is unnecessary. Present—Pine, J. P., Balio, Lawton, Doerr and Davis, JJ.

■ FRANK TUMMINELLO, Appellant, v ANNIE TUMMINELLO, Respondent. [614 NYS2d 963] —Judgment unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: We conclude that the record supports the court's declaration that the parties' postmarital agreement is null and void. Because this is a declaratory judgment action, the court erred in dismissing the complaint. We modify the judgment appealed from, therefore, by vacating the second decretal paragraph. (Appeal from Judgment of Supreme Court, Nassau County, Segal, J.—Declaratory Judgment.) Present—Pine, J. P., Lawton, Wesley, Callahan and Davis, JJ.